# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE GALLON (1),<br><br>Defendant. | Case No.: 21-cr-03255-H-1<br><br>**ORDER RE: LETTER FROM DEFENDANT** |

On February 20, 2024, Defendant Robert Lee Gallon, proceeding pro se, filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 89.) On March 25, 2024, the Court referred Defendant's pro se motion to Federal Defenders pursuant to General Order No. 692-B for review and the filing of a status report. (Doc. No. 90.) On April 12, 2024, Federal Defenders filed a status report, recommending that Defendant be appointed counsel. (Doc. No. 92.) On April 15, 2024, the Court reappointed Defendant counsel for the purpose of filing a supplemental motion for compassionate release, and the Court issued a briefing scheduled for the motion. (Doc. No. 93.)

On May 10, 2024, Defendant, represented by counsel, filed a supplemental motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 95.) On June 17,

1

2024, the Government filed a response in opposition to Defendant's motion to reduce sentence. (Doc. No. 99.)

On June 20, 2024, the Court denied Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. No. 100.) In the order, the Court held that Defendant was not entitled to compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) because: (1) there are no "extraordinary and compelling reasons" that would warrant a sentencing reduction in this case; and (2), the requested sentencing reduction is not warranted under the particular circumstances of the case after consideration of the § 3553(a) factors. (Id. at 14 (citing United States v. Wright, 46 F.4th 938, 944 (9th Cir. 2022)).)

On June 20, 2024, the Court received a letter from Defendant. (Doc. No. 101.) The Court has review the letter, and the contents of the letter do not alter any of the analysis or conclusions set forth in the Court's June 20, 2024 order denying Defendant's motion for compassionate release. Defendant's February 20, 2024/May 10, 2024 motion for compassionate release remains denied.

**IT IS SO ORDERED.**

DATED: June 24, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT